[No. 68138-9-I.   Division One.   March 25, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SASSAN MEHRABIAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-01695-6, Sharon S. Armstrong, J., entered December 20, 2011. *Affirmed in part* and *remanded* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Appelwick, J.

[No. 68474-4-I.   Division One.   March 25, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. AMANDA TUCKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07587-3, Michael Hayden, J., entered February 17, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Spearman, A.C.J., and Appelwick, J.

[No. 68511-2-I.   Division One.   March 25, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. GARRETT MATTHEW TURSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00589-0, George F.B. Appel, J., entered March 15, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Appelwick and Dwyer, JJ.

[No. 42210-7-II.   Division Two.   March 26, 2013.]

*In the Matter of the Parentage of* E.S. ET AL.

HEATHER HAYS, *Respondent*, v. SEBASTIAN SOTO, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-3-01412-7, Anne Hirsch, J., entered May 13, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Bjorgen, J.